UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**GEORGE FREEMAN**, an individual;　　　Case No.: 8:15-cv-2262-JSM-EAJ
and **FLORIDA CARRY, INC.**, a
Florida non-profit corporation;
　　　　Plaintiffs;
vs.

**CITY OF TAMPA, FLORIDA**,
a municipality; **ROCCO CORBINO**.
an individual; **TRAVIS A. RICHARDS**,
an individual; **THREE UNKNOWN
OFFICERS OF THE TAMPA POLICE
DEPARTMENT**, individually; **RONALD
E. GRAHAM**, in his official capacity and
individually; **CHIEF ERIC WARD**, in his
official capacity and individually and
individual; **ROBERT F. BUCKHORN**, in his
official capacity and individually;
　　　　Defendants.
_____/

## PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE

**COMES NOW** the Plaintiffs, **GEORGE FREEMAN** and **FLORIDA CARRY, INC.**, and file this *PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE*.

1.　The undersigned counsel attempted to timely file Plaintiffs' Response to Defendants' Motion to Dismiss and Memorandum of Law.

2.　Counsel was twenty-six minutes late filing the response due to unfamiliarity with changes to the CM/ECF system since counsel's last filing using the system.

WHEREFORE, Counsel respectfully requests the Court grant leave to file Plaintiffs' response after the deadline set in the Court's order.

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that a copy of the foregoing has been furnished this __7th__ day of November, 2015, via electronic service and e-mail, to the following:

**Ursula Richardson, Esquire**
315 East Kennedy Boulevard, 5th Floor
Tampa, FL 33602
ursula.richardson@tampagov.net
imelda.higgins@tampagov.net         **FLETCHER & PHILLIPS**

        /s/ Eric J. Friday
        **Eric J. Friday, Esquire**
        Florida Bar No.: 0797901
        541 East Monroe Street
        Jacksonville, FL 32202
        Telephone: (904) 353-7733
        FamilyLaw@FletcherandPhillips.com
        EFriday@FletcherandPhillips.com
        *__Attorneys for the Plaintiffs__*